UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **DANIEL C. ROMERO, an individual,**<br><br>Plaintiff, individually and on behalf of all other persons similarly situated,<br><br>vs.<br><br>**LAKEVIEW LOAN SERVICING LLC,**<br><br>**AND**<br><br>**CENTRAL LOAN ADMINISTRATION & REPORTING d/b/a CENLAR FSB,**<br><br>Defendants. | **CASE NO: 21-14094-CIV-CANNON**<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION TO DISMISS**

The parties stipulate that this action may dismissed with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), each party to bear its own costs and fees, with the court to retain jurisdiction to enforce an anticipated written settlement agreement. Plaintiff shall have thirty days to reinstate this action if a settlement agreement is not finalized and executed within said time period.

Dated: February 4, 2022

| | |
|---|---|
| */s/ Howard B. Prossnitz*<br>Howard B. Prossnitz, Esq, FBN 60031<br>Law Offices of Howard B. Prossnitz, P.L.L.C.<br>1014 Ontario Street<br>Oak Park, IL 60302<br>prossnitzlaw@gmail.com<br>Phone: (708) -203-5747<br><br>Young Kim (Fla. Bar No. 122202)<br>CONSUMER LAW ATTORNEYS<br>2727 Ulmerton Road, Suite 270<br>Clearwater, FL  33762<br>Phone: (877) 241-2200<br>Fax: 727-623-4611<br>federal@consumerlawattorneys.com<br>ykim@consumerlawattorneys.com<br><br>*Attorneys for Plaintiff* | */s/ Steven J. Brotman*<br>Steven J. Brotman<br>Florida Bar Number: 85750<br>LOCKE LORD LLP<br>777 South Flagler Drive, Suite 215-East<br>West Palm Beach, Florida 33401<br>Telephone: 561-833-7700<br>Facsimile: 561-655-8719<br>tcunningham@lockelord.com<br>steven.brotman@lockelord.com<br><br>*Attorneys for Defendant* |

### CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2022, I electronically filed the foregoing with CM/ECF, which will send notification to all counsel of record, as follows:

>Thomas J. Cunningham
>Florida Bar Number: 121997
>LOCKE LORD LLP
>777 South Flagler Drive, Suite 215-East
>West Palm Beach, Florida 33401
>Telephone: 561-833-7700
>Facsimile: 561-655-8719
>tcunningham@lockelord.com
>steven.brotman@lockelord.com

>>>>>>>>*/s/Howard Prossnitz*