UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14094-CIV-CANNON/Maynard

**DANIEL ROMERO,**

  Plaintiff,

v.

**LAKEVIEW LOAN SERVICING LLC** and
**CENTRAL LOAN ADMINISTRATION & REPORTING,**

  Defendants.
_____/

## ORDER CLOSING CASE AND DISMISSING WITHOUT PREJUDICE

**THIS MATTER** is before the Court on the Parties' Joint Stipulation of Dismissal [ECF No. 48]. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). Accordingly, this case is **CLOSED**, effective February 4, 2022, the date the parties filed their Joint Stipulation of Dismissal. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court is directed to **CLOSE** this case.
2. All deadlines are **TERMINATED**.
3. The case is **DISMISSED WITH PREJUDICE**.
4. The Court declines to retain jurisdiction.
5. Each party shall bear its own fees, costs, and expenses.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 16th day of February 2022.

               _____
               AILEEN M. CANNON
               UNITED STATES DISTRICT JUDGE

cc: counsel of record